BLANK ROME LLP
Melissa Fundora Murphy (*pro hac vice*)
melissa.murphy@blankrome.com
Glen L. Abramson (*pro hac vice forthcoming*)
glen.abramson@blankrome.com
Serena S. Gopal (*pro hac vice forthcoming*)
serena.gopal@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215-569-5500
Facsimile: 215-569-5555

Jessica A. McElroy (SBN 299919)
jessica.mcelroy@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant
LUXOTTICA OF AMERICA INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BRANDON MOORE, DANIEL ALDANA, AND HOPE KAMBICK, individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

LUXOTTICA OF AMERICA, INC.,

Defendant.

Case No. 4:25-cv-10840-JST

**STATEMENT OF RECENT DECISIONS**

Pursuant to Civil Local Rule 7-3(d)(2), and in support of Defendant Luxottica of America Inc.'s ("Luxottica") Motion to Dismiss (ECF 15), Luxottica respectfully submits for the Court's review the following district court opinions, which were published after Luxottica's Reply in support of its Motion to Dismiss (ECF 23) was filed with the Court, which dismiss plaintiffs' claims for lack of Article III standing for reasons that relate to the arguments raised in Luxottica's Motion to Dismiss: *Myers et al. v. Dick's Sporting Goods, Inc.*, No. 2:25-cv-03241-DJC-CKD, 2026 WL 1045528 (E.D. Cal. Apr. 17, 2026); *Tash et al. v. Vision Service Plan et al.*, No. 2:25-cv-00762-DJC-JDP, 2026 WL 1012680 (E.D. Cal. Apr. 14, 2026); *In re USA Today Co., Inc. Internet Tracking Litig.*, No. 24-CV-05150-MMC, 2026 WL 932655 (N.D. Cal. Apr. 6, 2026); *Diaz et al. v. Paramount Skydance Corp. et al.*, No. EDCV 25-02945-KK-DTBx, 2026 WL 1090958 (C.D. Cal. Apr. 20, 2026); *Herzman v. Smile Brands Inc.*, No. 25-cv-03400-H-BLM, 2026 WL 1110698 (S.D. Cal. Apr. 23, 2026).

Copies of these opinions are attached hereto as Exhibits A-E respectively.

DATED: May 6, 2026

BLANK ROME LLP

By: */s/ Melissa Fundora Murphy*

Melissa Fundora Murphy
Glen L. Abramson
Jessica A. McElroy
Serena S. Gopal

*Attorneys for Defendant*,
LUXOTTICA OF AMERICA INC.